# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| M & I BUSINESS CREDIT, LLC, | Civil No. 10-1660 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| GENIE INDUSTRIES, INC., | |
| Defendant. | |

Leora Maccabee and Mary Vasaly, **MASLON EDELMAN BORMAN & BRAND, LLP**, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for plaintiff.

Cary Hiltgren and Jeff Grotta, **HILTGREN & BREWER, PC**, 9400 North Broadway Extension, Suite 800, Oklahoma City, OK 73114; Sarah Madsen, **LARSON KING, LLP**, 30 East Seventh Street, Suite 2800, St. Paul, MN 55101, for defendant.

This matter is before the Court upon the joint stipulation of the parties, filed on August 20, 2010 [Docket No. 21].

**IT IS HEREBY ORDERED** that the time for Defendant Genie Industries, Inc. to submit its response to Plaintiff M&I Business Credit, LLC's Motion for Summary Judgment is hereby extended until August 27, 2010, and that the time for Plaintiff to submit its reply to its Motion for Summary Judgment is hereby extended until September 3, 2010.

Dated: August 24, 2010
at Minneapolis, Minnesota

                                                          ____John R. Tunheim_____
                                                             JOHN R. TUNHEIM
                                                          United States District Judge