## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

M & I BUSINESS CREDIT, LLC,  Civil No. 10-1660 (JRT/JJK)

                Plaintiff,

v.  **ORDER**

GENIE INDUSTRIES, INC.

                Defendant.
_____

> Leora Maccabee and Virginia Bell, **MASLON EDELMAN BORMAN & BRAND, LLP,** 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for plaintiff.
>
> Cary Hiltgren and Jeff Grotta, **HILTGEN & BREWER, PC,** 9400 North Broadway Extension, Suite 800, Oklahoma City, OK 73114; Sarah Madsen, **LARSON KING, LLP**, 30 East Seventh Street, Suite 2800, St. Paul, MN 55101, for defendant.

This matter is before the Court on the letter submitted by Defendant Genie Industries seeking leave to file a Motion for Reconsideration [Docket No. 68]. The Court has reviewed the request, as well as the letter submitted in opposition to the request by Plaintiff M&I Business Credit, Inc, and **IT IS HEREBY ORDERED** that defendant's request for leave to file a motion for reconsideration is **DENIED.**

DATED: February 10, 2011
at Minneapolis, Minnesota.                                    s/ John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                  United States District Judge